Appeal No. 02-17-00405-CR

RECEIVED
MAY 24 2018
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
MAY 24 2018
DEBRA SPISAK, CLERK

David Duran ) In the Court of Appeals

US, ) Second District of Texas

The State of Texas ) Fort Worth, Texas.

Motion to file a Reply Brief after deadline on or about May 7, 2018, after the State has filed it's Brief Rule 38.6 (b)(c) Rules of Appellate Procedures filed within 20 days, dued on May 27, 2018.

To the Second Court of Appeals:

Comes Now, David Duran, pro-se, herein after refer as "Appellate", and moves to file Motion to File a Reply Brief after deadline on or about May 7, 2018, after the State has filed it's Brief Rule 38.6 (b)(c) Rules of Appellate Procedures, filed within 20 days dued on May 27, 2018.

Request

David Duran request to get this information in my motion to request for DNA testing. If I do not know this information, I can include request to get this information in my motion. See Smith v. State, 165 S.W.3d 361, 362 (Tex. Crim. App. 2005) ("finding that ~~motion meets the requirement of~~ when "asks" the court to "discover" whether the evidence is in good condition and has been subjected to chain custody).

I do not know whether it is in a good condition and still available for DNA testing. I do not have chain of custody or property sheet, No can obtain affidavit from Quest Diagnostic Laboratory. State claim it was already "destroy" evidence as strategy to get my Motion for DNA testing deny.

1. David Duran filed Brief March 6. 2018.

2. State had 30 days to file Brief from March 6, 2018, til April 5, 2018 It requested for extension until May 7 2018.

3. State filed brief April 27, 2018, it was not dued until May 7, 2018.

4. David Duran can file Reply Brief 20 days after April 27, 2018 dued May 17, 2018 (ORY)

5. David Duran can file Reply Brief 20 days after May 7, 2018 dued May 27, 2018.

6. David Duran request for Extension of time to file after May 17, 2018.

## Request

I, David Duran, I request for Court of Appeal to Subpoena Doctor Cassandra Rochelle Bailey to appear before court to testify, as well as admit and confess that she "collected cotton swap" from Cassandra Duran vagina.

I, David Duran, I request for Doctor Cassandra Rochelle Bailey to bring Cassandra Duran-Medical Record staving and showing Cassandra Duran went to visit Doctor Cassandra Rochelle Bailey at Lewisville Regional Medical Center Hosiptal, in Lewisville, Texas to complain of vaginal irritation, or infection on July 2002.

7. David Duran cannot Reply to state Brief in less than 15 pages.

8. David Duran filed seperate and distinct motion's to Reply to State Brief.

9. David Duran filed (1) Motion for Extension (2) Motion to Reply to State Brief (3) Motion to Request to take Judicial Notice (4) Motion for automatic warrant reversal on Destroy evidence (5) Motion Not to Relate In Re Garcia (6) Motion to have DNA evidence tested, could succeed even if victim victim knew the defendant and identified him. (7) Motion Not to Delay Sentence.



⑤

1. on or about July 2002, Casandra Ovran, went to see doctor Cassandra Rochelle Bailey at Lewisville Regional Medical Center — Hospital in Lewisville, Texas. She went to complain of vaginal irritation, or infection.

2. On or about July 2002, Doctor Cassandra Rochelle Bailey took "cotton swap" and used it to collect specimen germ, or bacteria from the infected private part specifically inside of vagina.

3. On or about July 2002, Doctor Cassandra Rochelle Bailey sent "cotton swap" to Quest Diagnostic Laboratory at address 4770 Regent Blvd, Irving, Texas to test it, to find out what caused irritation or infected area to swell up "red".

Date:
May 21, 2018

Respectfully Submitted

X ~~~~

David Duran
TDCJ ID No. 1195575
Johnny B. Connally
899 FM 632
Kenedy, TX 78119

## Certificate of Service

I, David Duran, hereby declare that under penalty of perjury that a true and correct copy Motion to file a Reply after deadline on or about May 7, 2018, after State has filed it's Brief, Rule 38.6(b)(c) Rules of Appellate Procedure file within 20 days, dued on May 21, 2018. Sent to clerk, 401 W. Belknap Fort Worth, TX 78119 by U.S. Postage

X ~~~~

David Duran
TDCJ ID No. 1195575

Date:
May 21, 2018

State reply, I have to file an appeal first, because I have right to appeal. I cannot file Writ until appeal is final

Now the state is denying Motion for DNA and order for testing, because Writ of Abuse. The only thing for court at Appeal to review is "Writ of Abuse" and "order in Writ of Abuse, I can appeal it.

I filed "Motion" that I have right to file Writ and Writ shall never be transferred under Article 1, Section 12, Texas Constitution and Article 1, Section 19, U.S. Constitution. to court of Appeal and Amended Brief to make these new claims.

④